**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| VALERIE ARROYO,<br><br>       **Plaintiff,**<br><br>       v.<br><br>MAYOR VI LYLES; CITY OF CHARLOTTE, JULIE EISELT, PRO TEM, CITY COUNCIL BOARD; GEORGE DUNLAP, MECKLENBURG COUNTY COMMISSIONER, MECKLENBURG COUNTY BOARD OF COMMISSION; DETECTIVE DERRICK MAYO OF THE CHARLOTTE-MECKLENBURG POLICE DEPARTMENT; MECKLENBURG-CHARLOTTE POLICE DEPARTMENT; AARON TICKS OF THE FEDERAL BUREAU OF INVESTIGATION (CHARLOTTE DIVISION); FEDERAL BUREAU OF INVESTIGATION; ELISE CHINN-GARY, CLERK OF COURT OF MECKLENBURG COUNTY, COURT OF ADMINISTRATION OF MECKLENBURG COUNTY; AND CHARLOTTE DISTRICT ATTORNEY OFFICE, SPENCER B. MERRIWEATHER,<br><br>       **Defendants.** | **Civil No. 3:20-CV-506**<br>**(formerly State File no. 20-CVS-11044**<br>**Mecklenburg County)** |

## <u>NOTICE OF REMOVAL</u>

Defendant Federal Bureau of Investigation ("FBI"), pursuant to 28 U.S.C. §§ 1441 and

1442(a)(1), by the undersigned counsel who enters this special, limited appearance for the sole

purpose of timely giving this Notice, herewith removes to the United States District Court for the

Western District of North Carolina that action styled as *Valerie Arroyo v. Mayor Vi Lyles, et al.* in the North Carolina Superior Court for Mecklenburg County, File No. 20-CVS-11044. In support of this removal, this Defendant shows the Court the following:

1.      The above-captioned action was commenced on or about August 21, 2020, by a complaint filed on that date. Less than 30 days have passed since the filing of the complaint. A summons addressed to both of the FBI and an "Aaron Ticks" alleged to be associated with the FBI and copy of the complaint were thereafter received by the FBI, and are included in the contents of the Superior Court file attached as **Exhibit A**.

2.      The grounds justifying federal court jurisdiction of the removed action arise from 28 U.S.C. §§ 1441 and 1442(a)(1).

3.      Plaintiff's complaint, insofar as it relates to the FBI, alleges a failure (by the FBI and the aforementioned "Aaron Ticks") to investigate financial crimes she alleges others committed against her. The FBI is an agency of the United States.

4.      Upon information and belief, no employee of the FBI bears the name of "Aaron Ticks" or a similarly-spelled or similarly-pronounced name, and the undersigned anticipates establishing the matter in the federal proceeding to follow. But for the purposes of removal, clearly if there were an "Aaron Ticks", or if there were an FBI agent of that description as alleged in the complaint, such a person would be an employee of the FBI acting, at all times material to the allegations in the complaint, within the course and scope of his federal employment and under color of his office.

4.      As Section 1442(a)(1) states plainly:

> A civil action . . . commenced in a State court and that is against or
> directed to any of the following may be removed by them to the district

court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension of criminals or the collection of revenue.

28 U.S.C. §1442(a)(1).

4.    In addition, plaintiff's claims insofar as they relate to the "United States or any agency thereof" raise questions of federal law, including 42 U.S.C. Section 1983 (explicitly) and (implicitly) the Federal Tort Claims Act.   Because, among other things, the FBI is an agency of the United States and the case was not only brought against the FBI but also involves an alleged federal employee as a named defendant, and because the above-captioned action constitutes a "civil action brought in a State court of which the district courts of the United States have original jurisdiction," 28 U.S.C. § 1441(a), removal to this Court is appropriate.

5.    Notice of this removal will be filed in case file number No. 20-CVS-11044 in Superior Court for Mecklenburg County, North Carolina.

WHEREFORE, this action previously pending in the North Carolina Superior Court for Mecklenburg County is properly removed to the United States District Court for the Western District of North Carolina pursuant to Title 28, United States Code, Sections 1441 and 1442(a)(1).

This the 14th day of September, 2020.

R. ANDREW MURRAY
United States Attorney

s/ James B. Gatehouse
James B. Gatehouse
Assistant United States Attorney

3

N.C. Bar No. 22811
Carillon Building, Suite 1650
227 West Trade Street
Charlotte, NC 28202
Tel: 704-344-6222
Fax: 704-344-6629
E-Mail: James.Gatehouse@usdoj.gov

4

<u>**CERTIFICATE OF SERVICE**</u>

I CERTIFY that on the 14th day of September, 2020, the foregoing Notice of Removal was served on the Plaintiff and the other named parties, by mailing a copy thereof, first class mail, postage prepaid, and properly addressed as follows:

Valerie Arroyo, Pro Se
617 Springfield Drive.
Concord, NC 28027

Vi Lyles, Mayor
Attn: City Attorney Office
600 E. Trade Street
Charlotte, NC 28202

Julie Eiselt, Pro Tem City Council Board
Attn: City Attorney
600 E. Trade Street
Charlotte, NC 28202

Elisa Chinn-Gary, Clerk of Court
Mecklenburg County Superior Court
832 East 4th Street
Charlotte, NC 28202

Court of Administration of Charlotte
Mecklenburg County Superior Court
832 East 4th Street
Charlotte, NC 28202

George Dunlap, Commisioner of Meck Co
Attn: City Attorney Office
600 E. Trade Street
Charlotte, NC 28202

Elisa Chinn-Gary
Attn: City Attorney Office
600 E. Trade Street
Charlotte, NC 28202

Detective Derrick Mayo
Charlotte-Mecklenburg Police Department
601 E. Trade Street
Charlotte, NC 28202

Spencer B. Merriweather
District Attorney's Office of Charlotte
700 E. Trade Street, Ste. 200
Charlotte, NC 28202

District Attorney Office
700 E. Trade Street, Ste. 200
Charlotte, NC 28202

**s/ James B. Gatehouse**
James B. Gatehouse
Assistant United States Attorney

5